COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.
2-06-202-CR

                                                


 

PAUL WESTON WAYMAN                                                     APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

                  FROM THE COUNTY
COURT OF YOUNG COUNTY

 

                  MEMORANDUM OPINION[1]
AND JUDGMENT

                                               ----------

We
have considered appellant=s AMotion
To Dismiss Appeal.@  The 
motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No
decision of this court having been delivered before we received this motion, we
grant the motion and dismiss the appeal. See id.; Tex. R. App. P. 43.2(f).                                                                                                                                                                                                                              PER CURIAM

 

PANEL D:   MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J.

 

DO NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 








DELIVERED: August 24, 2006                                                       











[1]See Tex. R. App. P. 47.4.